# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| RICHARD WHALEON BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV411-236 |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Alleging, *inter alia*, that federal agents have over a 6-year, 9-month period installed listening and broadcast devices in his home, damaged his nervous system with high frequency signals, exposed him to radiation, and blocked his progress on the highway in order to shoot him with an invisible pain ray, Richard Whaleon Burton has filed this civil action to rectify "this abomination of [the] justice system." (Doc. 1 at 4.)

These fantastic and utterly fanciful allegations are factually frivolous and thus qualify for Fed. R. Civ. P. 12(b)(6) dismissal. *Ashcroft v. Iqbal*, 556 U.S. ___, 129 S.Ct. 1937, 1959 (2009) ("The sole exception to

this rule [that a court must accept a complaint's allegations as true, no matter how skeptical the court may be] lies with allegations that are sufficiently fantastic to defy reality as we know it: claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel."); *see also Denton v. Hernandez*, 504 U.S. 25, 32 (1992) (a federal court may dismiss a complaint under 28 U.S.C. § 1915 whose factual contentions describe "fantastic or delusional scenarios, claims with which federal judges are all too familiar"). The Court may dismiss such complaints *sua sponte*. *See Gallop v. Cheney*, 642 F.3d 364, 366, 368-69 (2d Cir. 2011) (district court permitted to *sua sponte* dismiss complaint as factually frivolous where plaintiff, represented by counsel, filed complaint alleging that senior U.S. government officials caused the September 11, 2001 attacks). Accordingly, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this __6th__ day of October, 2011.

*/s/ J.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA