IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RICHARD WHALEON BURTON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV411-236 |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA